```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01545
     SUSAN E HUNT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-5540


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/24/2008 and was not confirmed.

     The case was dismissed without confirmation 05/01/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------

URBAN & BURT LTD            SECURED           8707.64         .00            .00
DISCOVER FINANCIAL SERVI    UNSECURED         2497.18         .00            .00
CAPITAL ONE                 UNSECURED         3050.84         .00            .00
ECAST SETTLEMENT CORP       UNSECURED         2452.80         .00            .00
DEPENDON COLLECTION         UNSECURED        NOT FILED        .00            .00
IC SYSTEMS                  UNSECURED        NOT FILED        .00            .00
IC SYSTEMS                  UNSECURED        NOT FILED        .00            .00
ILLINOIS COLLECTION SE      UNSECURED        NOT FILED        .00            .00
ILLINOIS COLLECTION SE      UNSECURED        NOT FILED        .00            .00
ILLINOIS COLLECTION SE      UNSECURED        NOT FILED        .00            .00
MEDICAL COLLECTION          UNSECURED        NOT FILED        .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         3557.08         .00            .00
B-REAL LLC                  UNSECURED          505.81         .00            .00
NICOR GAS                   UNSECURED        NOT FILED        .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        NOT FILED        .00            .00
STEVENS BUSINESS SVC        UNSECURED        NOT FILED        .00            .00
US DEPT OF EDUCATION        NOTICE ONLY      NOT FILED        .00            .00
WFNNB/EXPRESS               UNSECURED        NOT FILED        .00            .00
WORLD FINANCIAL NETWORK     UNSECURED          494.50         .00            .00
ALLIANCE DATA SYSTEMS       NOTICE ONLY      NOT FILED        .00            .00
ATHENA DIAGNOSTICS INC      UNSECURED        NOT FILED        .00            .00
DISCOVER CARD               NOTICE ONLY      NOT FILED        .00            .00
CARSONS PIRIE SCOTT         UNSECURED        NOT FILED        .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         6818.91         .00            .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED        .00            .00
COMED                       NOTICE ONLY      NOT FILED        .00            .00
CREDIT MANAGEMENT SERVIC    UNSECURED        NOT FILED        .00            .00
DEPENDICARE HOME HEALTH     UNSECURED        NOT FILED        .00            .00
EMPI                        NOTICE ONLY      NOT FILED        .00            .00
GASTRO ASSOC OG OLYMP FL    UNSECURED        NOT FILED        .00            .00
GUPTA R MDSC                UNSECURED        NOT FILED        .00            .00
ICS COLLECTIONS SVC         UNSECURED        NOT FILED        .00            .00
ID SPECIALISTS              UNSECURED        NOT FILED        .00            .00
INGALLS MEMORIAL HOSPITA    NOTICE ONLY      NOT FILED        .00            .00
JC CHRISTENSEN & ASSOC      UNSECURED        NOT FILED        .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 01545 SUSAN E HUNT
```

```
JC CHRISTENSEN & ASSOC    NOTICE ONLY    NOT FILED                   .00              .00
JC CHRISTENSEN & ASSOC    NOTICE ONLY    NOT FILED                   .00              .00
THOMAS JOLAS PC           UNSECURED      NOT FILED                   .00              .00
RICHARD SEIERST           UNSECURED      NOT FILED                   .00              .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY    NOT FILED                   .00              .00
MEDICAL COLLECTIONS SYS   NOTICE ONLY    NOT FILED                   .00              .00
PHYSICAL THERAPY SPINE    UNSECURED      NOT FILED                   .00              .00
RADIOLOGY IMAGING CONSUL  UNSECURED      NOT FILED                   .00              .00
RICHTON PARK FIRE DEPT    UNSECURED      NOT FILED                   .00              .00
ROCKFORD MERCANTILE AGEN  UNSECURED      NOT FILED                   .00              .00
SOUTH SUBURBAN NEUROLOGY  UNSECURED      NOT FILED                   .00              .00
SOUTH SUBURBAN NEUROLOGY  UNSECURED      NOT FILED                   .00              .00
UNIVERSITY OF CHICAGO HO  NOTICE ONLY    NOT FILED                   .00              .00
VAN RU CREDIT CORPORATIO  NOTICE ONLY    NOT FILED                   .00              .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED                   .00              .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED                   .00              .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED                   .00              .00
WELL GROUP HEALTH PARTNE  UNSECURED      NOT FILED                   .00              .00
WEST ASSET MANAGEMENT     NOTICE ONLY    NOT FILED                   .00              .00
WORLD FINANCIAL NETWORK   UNSECURED       1610.24                    .00              .00
VILLAGE OF RICHTON PARK   UNSECURED      NOT FILED                   .00              .00
CAPITAL ONE BANK          SECURED         1948.59                    .00              .00
CHASE MORTGAGE SERVICES   CURRENT MORTG      .00                     .00              .00
CHASE MORTGAGE SERVICES   MORTGAGE ARRE      .00                     .00              .00
CHASE MANHATTAN MORTGAGE  NOTICE ONLY    NOT FILED                   .00              .00
HENRY E HUNT              NOTICE ONLY    NOT FILED                   .00              .00
MORGAN LEE RECEIVABLES I  SECURED         2047.11                    .00              .00
PORTFOLIO RECOVERY SERVI  MORTGAGE ARRE   3246.28                    .00              .00
ILLINOIS DEPT OF REVENUE  SECURED         1131.57                    .00              .00
LASALLE BANK NATIONAL     NOTICE ONLY    NOT FILED                   .00              .00
EDMUND G URBAN III        NOTICE ONLY    NOT FILED                   .00              .00
THOMAS R HITCHCOCK        DEBTOR ATTY    2,938.50                                  630.20
TOM VAUGHN                TRUSTEE                                                    54.80
DEBTOR REFUND             REFUND                                                      .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   685.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     630.20
TRUSTEE COMPENSATION                                54.80
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                    685.00                   685.00

                  PAGE   2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01545 SUSAN E HUNT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |